# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT YOUNG, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KEYSTONE RV COMPANY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00608-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>**DEADLINE: NOVEMBER 21, 2024** |

　　　A scheduling conference is set for November 5, 2024 in this matter. (ECF No. 3.) The parties were ordered to file a joint scheduling report one full week prior to the scheduling conference. (Id. at 2.) Because no joint report was timely filed, the Court issued an order to show cause on October 31, 2024 ordering the parties to show cause in writing no later than November 1, 2024 why monetary sanctions should not issue for failure to file a joint scheduling report. (ECF No. 5.) On October 31, 2024, Plaintiffs filed a notice of settlement of this action. (ECF No. 6.) Plaintiffs represent that the parties will submit dispositional documents within twenty-one days.

　　　While the parties have not provided a written response to the order to show cause, the Court shall discharge the order to show cause in light of the filing of a notice of settlement. However, in most cases, the Court would not discharge an order to show cause until the ordered

party shows cause in writing as directed.

Given the notice of settlement, the Court shall order that the parties file dispositional documents within twenty-one days. Any additional request for extension of time to file dispositional documents must be supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates, including the scheduling conference set for November 5, 2024, are VACATED; and

2. The parties shall file dispositional documents no later than **November 21, 2024**.

IT IS SO ORDERED.

Dated:   **November 4, 2024**

UNITED STATES MAGISTRATE JUDGE