# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT YOUNG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KEYSTONE RV COMPANY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00608-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 12) |

On December 16, 2024, the parties filed a stipulation dismissing this action with prejudice.[1] In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is hereby directed to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **December 16, 2024**

　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Because the parties filed dispositional documents prior to 5:00 p.m. PST, the Court's December 16, 2024 order imposing daily sanctions beginning after 5:00 p.m. PST on December 16, 2024 is discharged. (ECF No. 11.)

1